COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       In re Wesley Solansky

Appellate case number:    01-21-00031-CV

Trial court case number:  2018-84050

Trial court:                      257th District Court of Harris County

Relator, Wesley Solansky, has filed a petition for writ of mandamus challenging the trial court's order, signed December 1, 2020, granting a motion to dismiss under the Texas Citizens Participation Act.

Relator has also filed a motion for immediate emergency relief staying the trial court proceedings.

We **grant** relator's request and order the trial court proceedings **stayed** pending disposition of this proceeding.

We further direct real parties in interest, Charles Foster and Brenda Foster, to file a response to the petition for writ of mandamus **within 20 days of the date of this order**.

It is so ORDERED.


Judge's signature: ___/s/ Justice Richard Hightower_____
☐ Acting individually    ☑ Acting for the Court

Panel consists of Justices Hightower, Countiss, and Farris.


Date:  _January 15, 2021_____